BEFORE THE THIRD DIVISION, OCTOBER 16, 1939

**No. 42458.**—Protest 955328–G of Globe Grain & Milling Co. (Los Angeles).

Opinion by KEEFE, J.  From the evidence it was found that the weights taken by the city weighers of each and every drum in the shipment was a more accurate computation thereof than the Government method of estimating the weights. The protest was therefore sustained.

**No. 42459.**—Protest 948136–G/87776 of Continental Distributing Co., Inc. (Chicago).

Opinion by KEEFE, J.  From the evidence it appeared that one case out of the shipment was never landed in the United States.  The protest was accordingly sustained.

**No.42460.**—Protest 924425–G of Bergdorf & Goodman Co. (New York).

Opinion by KEEFE, J.  It was established at the trial that the gown in question was used for display on models and that it was the identical gown imported. Following the ruling in *Bonwit Teller* v. *United States* (T. D. 49322) the protest was sustained.

**No. 42461.**—Protests 710461–G (A), etc., of S. Alioto & Son et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 49302) the protests were sustained.

**No. 42462.**—Protests 981808–G, etc., of A. Fantis et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of Abstracts 41794, 39667, 40880, and *Locatelli* v. *United States* (T D. 49389) it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible substance on the outside.

**No. 42463.**—Protest 833864–G (A) of S. Alioto & Sons (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 49302) it was held that an allowance should have been made for the weight of the inedible covering on the outside.

**No. 42464.**—Protests 833523–G (B), etc., of Sosangelis Bros. & Co. et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 49302) it was held that an allowance should have been made for the weight of the inedible covering on the outside.